**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/18/21

**RICHARD PALMA**
ATTORNEY AT LAW
122 EAST 42nd STREET - SUITE 620
NEW YORK, NEW YORK 10168

**MEMBER OF THE BAR**  **TEL. (212) 686-8111**
**NEW YORK & FLORIDA**  **FAX. (212) 202-7800**
  **E-MAIL: rpalma177@gmail.com**

November 18, 2021

ECF
& Emailed to Chambers

Honorable Andrew L. Carter, Jr.
United States District Judge
United States Courthouse for S.D.N.Y.
40 Foley Square
New York, N.Y. 10007

> Re: U.S. v. Sharon Griffith-McKnight, Dkt. 21 Cr. 673 (ALC)
> Government Does Not Oppose Defense First Motion for Two-Week Extension of Time for Griffith-McKnight to Satisfy Bond Conditions.

Dear Judge Carter:

As Ms. Griffith-McKnight's court-appointed counsel under the assigned counsel plan, 18 USC 3006A, I am respectfully requesting a two-week extension to present co-signers of for her bond. By order of USMJ Cave, Ms. Griffith-McKnight was released on a $150,000 personal recognizance bond on November 4, 2021. The conditions of her continued release require, apart from other standard conditions, the endorsement of two financial responsible individuals of her bond by November 18, 2021. After consulting AUSA Daniel Wolf, the Government does not oppose this request.

If there are any questions about this letter, I am available to Your Honor immediately by cellular phone at (917) 751-5754.

Thank you.

Respectfully submitted,
s/ Richard Palma
Richard Palma

**The application is GRANTED.**
So Ordered.

*/s/ Andrew L. Carter, Jr.*
11/18/21