DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **10-3-23**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                              **ORDER**

                                              21-CR-673 (ALC)

          -against-

**Sharon McKnight-Griffin,**
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

      Sentencing set for **October 10, 2023** at **3:30 p.m.**

      **SO ORDERED.**

Dated: New York, New York
        October 3, 2023

*/s/ Andrew L. Carter, Jr.*

**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**