**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/3/24

**STEVEN A. HOFFNER**
ATTORNEY AT LAW

325 Broadway, Suite 505　　　　　　　　　　　tel: 212-941-8330
New York, New York 10007　　　　　　　　　　fax: 646-810-4031

December 27, 2023

Honorable Andrew L. Carter
United States District Judge
Southern District of New York
New York, New York 10007

**VIA ECF**

　　　　　　　　　　　Re: <u>U.S. v. Sharon Griffith-McKnight</u>
　　　　　　　　　　　　　21 Cr 673 (ALC)

Your Honor:

　　I am the defendant's attorney on the above matter. I write to request that the Court permit the return of Ms. Griffith's passport. Pre-Trial Services has informed Ms. Griffith that they cannot return the passport without Your Honor's permission.

　　Accordingly, I request that the passport be released by endorsing this letter "So Ordered". Thank you for your attention to this matter.

　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　Steven Hoffner, Esq.

cc:　Aline Flodr, AUSA (by email)
　　　Dan Wolfe, AUSA (by email)

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
1/3/24