MEMO ENDORSED

## STEVEN A. HOFFNER
### ATTORNEY AT LAW

**325 Broadway, Suite 505**　　　　　**tel: 212-941-8330**
**New York, New York 10007**　　　　**fax: 646-810-4031**

---

April 30, 2024

Honorable Andrew L. Carter
United States District Judge
Southern District of New York
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _4-30-24_

**VIA ECF**

Re: U.S. v. Sharon Griffith-McKnight
　　21 Cr. 673 (ALC)

Your Honor:

　　I am the defendant's attorney on the above matter. On March 27, 2024 I wrote Your Honor to request that the Court allow Ms. Griffith-McKnight to travel to visit her mother and 7 year old son in Princes Town, Trinidad from May 12, 2024 through May 17, 2024. As stated in the previous letter, her family has planned a surprise party for Ms. McKnight's mother on Mother's Day. My client has not visited her mother or her son since before her arrest on this matter. Ms. Griffith-McKnight is compliant in all respects with probation. She is employed full-time and she is also taking online classes, and plans to go back to school to earn a Master's Degree in Social Work.

　　Your Honor requested that the government provide its position on this request. Before responding, the government wanted to know the position of her probation officer, Ms. Gargano. I spoke to Ms. Gargano, and she has no objection to this travel request. The government, through AUSA Dan Wolfe, has stated to me that it takes no position on this application.

　　Thank you for your attention to this matter.

Respectfully,

/s/

Steven Hoffner, Esq.

cc:   Aline Flodr, AUSA (by email)
      Dan Wolfe, AUSA (by email)

The application is   ✓  granted.
                        denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: 4-30-24
                NY, New York