```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC#: _____
                                                    DATE FILED: 5/2/24
```

# STEVEN A. HOFFNER
### ATTORNEY AT LAW

**325 Broadway, Suite 505**               tel: 212-941-8330
**New York, New York 10007**               fax: 646-810-4031

May 1, 2024

Honorable Andrew L. Carter
United States District Judge
Southern District of New York
New York, New York 10007

**VIA ECF**

        Re: U.S. v. Sharon Griffith-McKnight
        21 Cr. 673 (ALC)

Your Honor:

    I am the defendant's attorney on the above matter. Your Honor recently approved my client's travel request to visit her mother and son in Trinidad. I incorrectly put the departure date as May 12th. The date is actually May 9th, 2024. The return date is the same, May 17th, 2024. I apologize for my mistake, and hereby request approval of this revised request. I spoke to Probation Officer Gargano and she has no objection. Dan Wolfe of the United States Attorney's Office takes no position.

    Thank you for your attention to this matter.

                              Respectfully,

                              /s/

                            Steven Hoffner, Esq.

cc: Aline Flodr, AUSA (by email)
     Dan Wolfe, AUSA (by email)

The application is **GRANTED**.
So Ordered.

*/s/ Andrew L. Carter*
5/2/24