**MEMO ENDORSED**

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/31/24

# STEVEN A. HOFFNER
### ATTORNEY AT LAW

| | |
|---|---|
| 325 Broadway, Suite 505 | tel: 212-941-8330 |
| New York, New York 10007 | fax: 646-810-4031 |

October 23, 2024

Honorable Andrew L. Carter
United States District Judge
Southern District of New York
New York, New York 10007

**VIA ECF**

      Re: <u>U.S. v. Sharon Griffith-McKnight</u>
           21 Cr. 673 (ALC)

Your Honor:

    Ms. Sharon Griffith hopes to travel to Trinidad to see her son and her mother. The dates of travel are from 12/24/24 returning on 1/5/25. Neither her probation officer nor the government have any objections to this request.

    Thank you for your attention to this matter.

                                Respectfully,

                                /s/

                              Steven Hoffner, Esq.

cc:    Aline Flodr, AUSA (by email)
        Dan Wolfe, AUSA (by email)

The application is **GRANTED**.
So Ordered.

*[signature: Andrew L. Carter]*
10/31/24