UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 1:21-cr-00673 (ALC) |
| -against- | ORDER |
| SHARON GRIFFITH-MCKNIGHT, | |
| Defendant. | |

---

**ANDREW L. CARTER, JR., United States District Judge:**

Probation shall respond with its position on Griffith-McKnight's letter motion, docketed at ECF No. 440, by April 2, 2025.

**SO ORDERED.**

**Dated:  March 18, 2025**
           **New York, New York**

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**