**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/1/25__

**STEVEN A. HOFFNER**
ATTORNEY AT LAW

| | |
|---|---|
| 325 Broadway, Suite 505 | tel: 212-941-8330 |
| New York, New York 10007 | fax: 646-810-4031 |

March 4, 2025

Honorable Andrew L. Carter
United States District Judge
Southern District of New York
New York, New York 10007

**VIA ECF**

                Re: <u>U.S. v. Sharon Griffith-McKnight</u>
                   21 Cr. 673 (ALC)

Your Honor:

    I am Ms. Griffith's attorney, an individual who was sentenced to probation after her plea to a misdemeanor of possession of prison contraband, namely cigarettes and cellphones, while working at MCC.  I write because Ms. Griffith has been accepted into the Army Reserve as a Troop Program Unit Soldier (See attached Memoranda, dated 2/18/25 and 2/28/25). As she is on probation, she needs permission of the Court to accept this position.

    As the Court is aware, Ms. Griffith had previously served with distinction in the Army Reserves, and it has always been her hope to continue her career in the military. Ms. Griffith provided the Army with the details of her criminal case. After a thorough review, she received security clearance and was offered the position mentioned above.

    Ms. Griffith has had no issues whatsoever while on probation. I am pleased to report that she is presently employed at CASES and was promoted on December 4, 2024 to Senior Case Coordinator. Attached are various documents, including a personal statement from Ms. Griffith , various awards and acceptance letter into Masters programs in Social Work, and letter from her treating psychologist, Regine Wong, Psy.D.

Ms. Griffith informed her Probation Officer Lisa Famularo about this opportunity, and it was Ms. Famularo who indicated Ms. Griffith must seek Court approval. Last week I put P.O. Famularo in touch with the military career counselor involved in this case. His name is Ronald Arranguez, SFC, USAR, and he explained what Ms. Griffith's role will be, her possible travel requirements, as well as her limited access to weapons during training. P.O. Famularo has indicated to me that she needs time to further review Probation's position on this request. I asked for a time frame but have not heard back from her.

Your Honor may want to give Ms. Famularo the opportunity to weigh in on this request, and I do not seek to rush their inquiry. I do want you to know, however, that Counselor Arranguez has indicated that time is of the essence as he does not know how long he can keep open her position in Staten Island. Ms. Griffith wants to make a lifetime commitment to serve in the United States military, and this is a great opportunity for her.

As Ms. Griffith stated at her sentencing, she is so very remorseful for her conduct in this case. She used extremely bad judgment in allowing herself to be manipulated by an inmate. She has learned her lesson and strives every day to show that she is worthy of a second chance.

Finally, be advised that I conferred with the U.S. Attorney's office and Assistant Daniel Wolf has told me that his office has no position on this request. Thank you for your attention to this matter.

Respectfully,

/s/

Steven Hoffner, Esq.

The application is **DENIED**.
So Ordered.

*[Signed] Andrew L. Carter*
4/1/25