**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**USA,**

**AGAINST,**

**SHARON GRIFFITH-MCKNIGHT**

**Defendant**

**21-cr-673 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Government is ordered to respond to Defendant Sharon Griffith-McKnight's motion

to modify conditions of release. ECF Nos. 473, 477.

**SO ORDERED.**

**Dated:**   May 20, 2026

    **New York, New York**

_____

**ANDREW L. CARTER, JR.**
**United States District Judge**